Irving O. Ottaway, as Individual, and as Executor, etc., of Lurancie W. Cornish, Deceased, and as Administrator, etc., of Frank L. Cornish, Deceased,

and as General Guardian of JANE CADY, Infant, Appellant, v. LeDELBERT D. GALE and LEON F. GALE, Respondents.— Judgment affirmed, with costs. All concur. (The judgment is for defendants in an action to set aside transfers in fraud of creditors.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.